UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR222 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JUAN RODRIGUEZ, | ) | |
| a/k/a Juan Antonio Castano, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 36). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 6, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 846, Title 18, United States Code, Section 924(d) and Title 28, United States Code, 2461(c), 5872, based upon the Defendant's plea of guilty to Counts I, IV and V of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Cobray 9mm semi-automatic handgun and $1,840.00 in United States currency, were forfeited to the United States.

2. On February 28, March 6 and 13, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on April 11, 2008 (Filing No. 35).

3.  The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

IT IS THEREFORE ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 36) is hereby sustained.

B.   All right, title and interest in and to the Cobray 9mm semi-automatic handgun and $1,840.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C.  The  Cobray 9mm semi-automatic handgun and $1,840.00 in United States currency, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 11th day of April, 2008.

**BY THE COURT:**

s/ Laurie Smith Camp
**United States District Court**