IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JUAN RODRIQUEZ,<br><br>           Defendant. | 8:07CR222<br><br>ORDER |

This matter is before the Court on the Defendant's pro se motion to reduce his sentence (Filing No. 39).

The Defendant pleaded guilty to Counts I, IV and V of the Indictment charging him with conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine (Count I) and criminal forfeiture (Counts IV and V). On February 24, 2008, he was sentenced to 135 months imprisonment. He now seeks relief "under the fast-track option for downward departure" as well as factors under 18 U.S.C. §§ 3553 and 3582.

IT IS ORDERED:

1. The Defendant's motion to reduce his sentence (Filing No. 39) is denied; and
2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

Dated this 5th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge